FILED
CLERK, U.S. DISTRICT COURT

OCT 17 2025

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHARLES ANTHONY THOMAS, III<br><br>　　　　Defendant. | 8:21-CR-00211-JVS-1<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

　　On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

　　The court finds no condition or combination of conditions that will reasonably assure:

　　(A)　(✓)　the appearance of defendant as required; and/or

　　(B)　(✓)　the safety of any person or the community.

//
//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

- Submission to Detention
- Allegation of commission of new offense while on supervised release

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

- Submission to Detention

IT IS ORDERED that defendant be detained.

DATED: 10/17/25

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE